■

HARRY EGGER et al., Respondents, v. HERMAN S. ROSEN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

■

In the Matter of the Arbitration between PRINCETON RAYON CORP., Appellant, and GAYLEY MILL CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

■

JAMES MURRAY et al., Individually and as Members of Milk Drivers and Dairy Employees Local 584, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, on Behalf of Themselves and All Other Members of Said Local Similarly Situated, Appellants, v. JOHN KELLY, Individually and as President of Milk Drivers and Dairy Employees Local 584, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

■

JAMES MURRAY et al., Individually and as Members of Milk Drivers and Dairy Employees Local 584, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, on Behalf of Themselves and All Other Members of Said Local Similarly Situated, Respondents, v. JOHN KELLY, Individually and as President of Milk Drivers and Dairy Employees Local 584, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

■

LEO R. MILLER, Appellant, v. NORMA L. MILLER, Respondent.— Judgment and order unanimously affirmed in the exercise of the court's discretion, with costs to the respondent. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ. [See post, p. 958.]

■

DORA BAROCAS v. JACOB M. DEUTSCH et al.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See ante, p. 841.]